IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEPTUNE COMPANY ASSET HOLDINGS, LLC, a Delaware limited liability company,

    Plaintiff,

v.

PLEASANT HILL REDEVELOPMENT AGENCY, and DOES 1 through 20, inclusive,

    Defendants.

No. C 09-03535 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

    This matter is set for a hearing on November 13, 2009 on Defendant Pleasant Hill Redevelopment Agency's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than October 6, 2009 and a reply brief shall be filed by no later than October 14, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: September 22, 2009

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE