**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEPTUNE COMPANY ASSET HOLDINGS, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>PLEASANT HILL REDEVELOPMENT AGENCY, and DOES 1 through 20, inclusive,<br><br>    Defendants.<br>                                               / | No. C 09-03535 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

    This matter is set for a hearing on January 15, 2010 on Defendant Pleasant Hill Redevelopment Agency's Motion to Dismiss First Amended Complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than November 13, 2009 and a reply brief shall be filed by no later than November 20, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: October 28, 2009

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE