| | |
|---|---|
| 1 | DAVID G. HAGOPIAN (SBN 145171) |
|   | SUZANNE BURKE SPENCER (SBN 188597) |
| 2 | HOLDSWORTH & HAGOPIAN |
|   | A Professional Corporation |
| 3 | 2600 Michelson Drive, Suite 800 |
|   | Irvine, California 92612 |
| 4 | Telephone: (949) 622-1661 |
|   | Facsimile:  (949) 622-1669 |
| 5 | Email: dhagopian@hhlawfirm.com |
| 6 | Attorneys for Plaintiff |
|   | NEPTUNE COMPANY ASSET HOLDINGS, LLC |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DISTRICT

| | | |
|---|---|---|
| 11 | NEPTUNE COMPANY ASSET HOLDINGS, LLC, a Delaware limited liability company, | )  Case No. C 09-03535 JSW )  ) |
| 12 | | )  Assigned to Honorable Jeffrey S. White |
| 13 | Plaintiff, | ) ) |
| 14 | v. | )  **ORDER RE SUBSTITUTION OF** )  **COUNSEL FOR PLAINTIFF NEPTUNE** |
| 15 | PLEASANT HILL REDEVELOPMENT AGENCY; and DOES 1 through 20, inclusive, | )  **COMPANY ASSET HOLDINGS, LLC** ) ) |
| 16 | | ) |
| 17 | Defendants. | ) )  Complaint Filed:  August 3, 2009 |
| 18 | | ) ) |
| 19 | | ) |

The Court hereby orders that the application of Plaintiff NEPTUNE COMPANY ASSET HOLDINGS, LLC to substitute Carlton DiSante & Freudenberger LLP as its attorneys of record in this action in place of Holdsworth & Hagopian is hereby GRANTED.

All pleadings, orders and notices should henceforth be served upon David G. Hagopian at Carlton DiSante & Freudenberger LLP, 2600 Michelson Drive, Suite 800, Irvine, California 92612, telephone number (949) 622-1661; facsimile number (949) 622-1669.

Dated: __January 28, 2010__

_____
Honorable Jeffrey S. White
U.S. District Judge