| | |
|---|---|
| 1 | DAVID G. HAGOPIAN (SBN 145171) |
| 2 | SUZANNE BURKE SPENCER (SBN 188597)<br>HOLDSWORTH & HAGOPIAN |
| 3 | A Professional Corporation<br>2600 Michelson Drive, Suite 800 |
| 4 | Irvine, California 92612<br>Telephone: (949) 622-1661 |
| 5 | Facsimile: (949) 622-1669<br>Email: dhagopian@hhlawfirm.com |
| 6 | Attorneys for Plaintiff |
| 7 | NEPTUNE COMPANY ASSET HOLDINGS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DISTRICT

| | |
|---|---|
| NEPTUNE COMPANY ASSET HOLDINGS, LLC, a Delaware limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>PLEASANT HILL REDEVELOPMENT AGENCY; and DOES 1 through 20, inclusive,<br><br>          Defendants. | Case No. C 09-03535 JSW<br><br>Assigned to Honorable Jeffrey S. White<br><br>**ORDER RE SUBSTITUTION OF COUNSEL FOR PLAINTIFF NEPTUNE COMPANY ASSET HOLDINGS, LLC**<br><br>Complaint Filed: August 3, 2009 |

The Court hereby orders that the application of Plaintiff NEPTUNE COMPANY ASSET HOLDINGS, LLC to substitute Carlton DiSante & Freudenberger LLP as its attorneys of record in this action in place of Holdsworth & Hagopian is hereby GRANTED.

All pleadings, orders and notices should henceforth be served upon David G. Hagopian at Carlton DiSante & Freudenberger LLP, 2600 Michelson Drive, Suite 800, Irvine, California 92612, telephone number (949) 622-1661; facsimile number (949) 622-1669.

Dated: __January 28, 2010__

_____
Honorable Jeffrey S. White
U.S. District Judge