David G. Hagopian, State Bar No. 145171
Suzanne Burke Spencer, State Bar No. 188597
CARLTON DiSANTE & FREUDENBERGER LLP
2600 Michelson Drive, Suite 800
Irvine, California  92612
Telephone:  (949) 622-1661
Facsimile:  (949) 622-1669
E-Mail:  dhagopian@cdflitigation.com
E-Mail:  sburke@cdflitigation.com

*E-Filed 4/2/10*

Attorneys for Plaintiff
NEPTUNE COMPANY ASSET HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DISTRICT

| | |
|---|---|
| NEPTUNE COMPANY ASSET HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PLEASANT HILL REDEVELOPMENT AGENCY; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 09-03535 RS<br><br>Honorable Richard Seeborg<br><br>**JOINT STIPULATION TO CONTINUE MEDIATION COMPLETION DATE; [PROPOSED] ORDER THEREON**<br><br>Complaint Filed:  August 3, 2009 |

Plaintiff NEPTUNE COMPANY ASSET HOLDINGS, LLC ("Plaintiff") and Defendant PLEASANT HILL REDEVELOPMENT AGENCY ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, the Court, pursuant to the Order Scheduling Trial and Pretrial Matters dated January 25, 2010, set this Action for trial on February 14, 2011 and set a Mediation Completion Date of May 17, 2010;

**WHEREAS**, Plaintiff's counsel recently learned that the only company designee who can appear at the mediation on Plaintiff's behalf, Brent Nerguizian, is, along with his wife, expecting to have a baby either during the last week of April and the first two weeks of May and thus would be unable to attend the mediation at that time;

1     **WHEREAS**, in light of Mr. Nerguizian's limited unavailability, all parties and the mediator are willing and do agree to continue the Mediation Completion Date by only two weeks from May 17, 2010 to May 31, 2010 to enable him to participate in the mediation in person;

    **WHEREAS**, the Parties believe that they will be in a position to mediate this matter on or before May 31, 2010; and

    **WHEREAS**, this Action was reassigned to this Court pursuant to the Reassignment Order dated March 18, 20210.

    **NOW, THEREFORE**, Plaintiff and Defendant, by and through their undersigned attorneys of record, hereby stipulate to, and request that the Court, continue the Mediation Completion Date by two weeks from May 17, 2010 to May 31, 2010.

    **IT IS SO STIPULATED.**

Dated: April 1, 2010    Respectfully submitted,

    CARLTON DiSANTE & FREUDENBERGER LLP
    David G. Hagopian

    /s/
By: _____
    David G. Hagopian
Attorneys for Plaintiff
NEPTUNE COMPANY ASSET HOLDINGS, LLC

DATED: April 1, 2010    NEWDORF LEGAL
    DAVID B. NEWDORF

    /s/
By: _____
    David B. Newdorf

Attorneys for Defendant
PLEASANT HILL REDEVELOPMENT AGENCY

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that

1. The Mediation Completion Date be continued from May 17, 2010 to May 31, 2010.

IT IS SO ORDERED:

Dated: 4/1/10

_____
Hon. Richard Seeborg, U.S. District Judge