DAVID B. NEWDORF, State Bar No. 172960
NEWDORF LEGAL
220 Montgomery Street, Suite 1850
San Francisco, California 94104-4238
Telephone:   (415) 357-1234
Facsimile:   (866) 954-8448

Attorneys for Defendant
PLEASANT HILL REDEVELOPMENT AGENCY


DAVID G. HAGOPIAN, State Bar No. 145171
CARLTON DISANTE & FREUDENBERGER LLP
2600 Michelson Dr Ste 800
Irvine, CA 92612

Attorneys for Plaintiff
NEPTUNE COMPANY ASSET HOLDINGS LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEPTUNE COMPANY ASSET HOLDINGS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>PLEASANT HILL REDEVELOPMENT AGENCY; and DOES 1 through 20, inclusive,<br><br>Defendants. | **Case No. C 09-3535 RS**<br><br>**STIPULATION [AND PROPOSED ORDER] CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge     Hon. Richard Seeborg<br><br>Court:     Courtroom 3, 17th Floor<br><br>Current Case Management Conference:<br>**September 23, 2010 at 10:00 a.m.**<br><br>New requested Case Management Conference:<br>**November 11, 2010 (or after)** |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

WHEREAS the Parties have agreed in principle to the terms of a settlement of the entire action and have exchanged draft written settlement agreements; and

WHEREAS, the Court's Case Management Scheduling Order dated April 8, 2010 set this matter for a Case Management Conference on September 23, 2010 at 10:00 a.m.;

NOW THEREFORE the undersigned Parties jointly request that the Court continue the Case Management Conference for a period of at least forty-five (45) days to allow time to finalize the settlement. With the approval of the Court, the new Case Management Conference shall be scheduled for on or after November 11, 2010.

IT IS SO STIPULATED AND AGREED:

Dated: September 13, 2010

NEWDORF LEGAL
DAVID B. NEWDORF

By: _____
DAVID B. NEWDORF
Attorneys for Defendant


CARLTON DISANTE & FREUDENBERGER LLP

By: _____
DAVID G. HAGOPIAN
Attorneys for Plaintiff

**[PROPOSED] ORDER**

FOR GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Case Management Conference is continued to __12/2/10 at 10:00__ a.m.

IT IS SO ORDERED.

Dated: __9/13/10_____

_____
Honorable Richard Seeborg
United States District Judge